# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
GENERAL JURISDICTION DIVISION

CASE NO.: 2018-030794-CA-01

JORGE A. VANEGAS HERRERA,

    Plaintiff,

vs.

HONEYWELL INTERNATIONAL INC.,
a Foreign Profit Corporation, and
PETER GONZALEZ,
an Individual

    Defendants.
_____/

## COMPLAINT

The Plaintiff, JORGE A. VANEGAS HERRERA, by and through its undersigned counsel, hereby sue the Defendants, HONEYWELL INTERNATIONAL INC., and PETER GONZALEZ, individually and as grounds thereof states:

### GENERAL ALLEGATIONS APPLICABLE TO ALL COUNTS

1. This is an action for damages in excess of $15,000.00 exclusive of interest and costs and within the jurisdiction of this court.

2. That at all times material hereto, the Plaintiff, JORGE A. VANEGAS HERRERA, was and is a resident of Miami-Dade, Florida and is sui juris.

3. Upon information and belief, the Defendant, HONEYWELL INTERNATIONAL INC., was and is a foreign for-profit corporation authorized to conduct business within the State of Florida or is otherwise sui juris.

4. That at all times material hereto, the Defendant, PETER GONZALEZ, was operating a motor vehicle in Miami-Dade and is sui juris.

5. That at all times material hereto, the Plaintiff, JORGE A. VANEGAS, was operating a motorized scooter in Miami-Dade County, Florida.

6. Upon information and belief, the Defendant, HONEYWELL INTERNATIONAL INC., entered into a long-term commercial vehicle lease agreement with GELCO FLEET TRUST.

7. On or about April 7, 2016, the Defendant, HONEYWELL INTERNATIONAL INC., leased a motor vehicle that was being operated by PETER GONZALEZ at or near Collins Ave (SR A1A) and 5415, in Miami-Dade, Florida.

8. On or about April 7, 2016, the Defendant, HONEYWELL INTERNATIONAL INC., owned a motor vehicle that was being operated by PETER GONZALEZ at or near Collins Ave (SR A1A) and 5415, in Miami-Dade, Florida.

9. At the time and place, the Defendant PETER GONZALEZ, was in the course and scope of his employment with HONEYWELL INTERNATIONAL INC., and had permission to use said vehicle.

10. That at all times material hereto, the Defendant, PETER GONZALEZ, was operating a vehicle leased by HONEYWELL INTERNATIONAL INC., with their permission.

11. That at all times material hereto, the Defendant, PETER GONZALEZ, was operating a vehicle owned by HONEYWELL INTERNATIONAL INC., with their permission.

12. At the time and place, the Defendant, PETER GONZALEZ, negligently operated or maintained the abovementioned motor vehicle causing it to collide with a scooter being occupied by Plaintiff, JORGE A. VANEGAS HERRERA.

## COUNT I – JORGE A. VANEGAS HERRERA V. PETER GONZALEZ

13. The Plaintiff, JORGE A. VANEGAS HERRERA, hereby incorporates and re-alleges paragraphs one (1) through twelve (12) as if fully set forth herein.

14. As a direct and proximate cause of Defendant, PETER GONZALEZ, negligent operation of the motor vehicle, the Plaintiff, JORGE A. VANEGAS HERRERA, suffered bodily injury resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. Plaintiff will require future medical care and treatment. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

15. The injuries suffered in the above-referenced accident were either caused by this accident or were an aggravation of already existing conditions.

**WHEREFORE**, Plaintiff demands trial by jury on all issues so triable and judgment for damages, costs of court against defendants, and for any other relief as the Court may deem just and proper.

## COUNT II – JORGE A. VANEGAS HERRERA V. HONEYWELL INTERNATIONAL INC.

16. The Plaintiff, JORGE A. VANEGAS HERRERA, hereby incorporates and re-alleges paragraphs one (1) through twelve (12) as if fully set forth herein.

17. As a direct and proximate cause of Defendant, PETER GONZALEZ'S, negligent operation of the motor vehicle owned by HONEYWELL INTERNATIONAL INC., the Plaintiff, JORGE A. VANEGAS HERRERA, suffered bodily injury resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. Plaintiff will require future medical care and treatment. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

18. As a direct and proximate cause of Defendant, PETER GONZALEZ'S, negligent operation of the motor vehicle leased by HONEYWELL INTERNATIONAL INC., the Plaintiff, JORGE A. VANEGAS HERRERA, suffered bodily injury resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. Plaintiff will require future medical care and treatment. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

19. The injuries suffered in the above-referenced accident were either caused by this accident or were an aggravation of already existing conditions.

**WHEREFORE**, Plaintiff demands trial by jury on all issues so triable and judgment for damages, costs of court against defendants, and for any other relief as the Court may deem just and proper.

DATED THIS 11th DAY OF SEPTEMBER 2018

**ERIK ALEXANDER ALVAREZ, P.A.**
*Attorney for Plaintiff*
9370 S.W. 72 Street Suite A-266
Miami, Florida 33173
Telephone: (305) 279-7280
Facsimile:  (305) 279-7145
Email: Erik@LSSMiami.com
Secondary Email: Jaylu@LSSMiami.com;
Bradley@LSSMiami.com

BY: _____
Erik A. Alvarez
FBN 0088261